210-3488
xxxxxxxxxx4616

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>DANIEL LOPEZ VELEZ<br><br>Debtor | CASE NO. 11-06732 BKT<br><br>CHAPTER 13 |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICES, ORDERS, PLEADINGS AND DOCUMENTS

**NOW COMES** the law firm of Law Offices of Herrero III & Rodríguez Ortiz, P.S.C., by the undersigned attorney and hereby enters its appearance in this case on behalf of SCOTIABANK DE PUERTO RICO and requests that all pleadings, orders, notices and other documents filed and entered in this case or any related proceedings be served on undersigned attorneys.

**SERVED** I hereby certify that on this same date I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to **Trustee**, José Ramón Carrión Morales; **Attorney for Debtor**, Roberto Figueroa Carrasquillo and by US Postal Service to **Debtor**, Daniel López Vélez, HC 02 Box 32212, Caguas, PR 00727.

San Juan, Puerto Rico, this 18th of October, 2011.

**LAW OFFICES HERRERO III & RODRIGUEZ ORTIZ, P.S.C,**
P.O. Box 362159
San Juan, Puerto Rico 00936-2159
Tel. 754-5000, Fax. 754-5001

/s/ ISMAEL H. HERRERO, III
USDC-PR #203002
E-mail:herreroilli@herrerolaw.com